UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON                                   **DATE:**  AUGUST 9, 2021

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**  CATHY FORD

**TITLE OF CASE:**                                   **DOCKET # 3:19-CR-790-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
ERIC G. HAFNER
    DEFENDANT PRESENT

**APPEARANCES:**
Ian Brater, AUSA and R. Joseph Gribko, AUSA for Government
Mark Catanzaro, CJA for Defendant

**NATURE OF PROCEEDINGS:**
Trial with jury moved before the Honorable Michael A. Shipp as to Defendant Eric G. Hafner.
Ordered jury panel sworn; jury panel sworn.
Ordered jurors drawn; jurors drawn.
The Court commenced voir dire of jury.
Ordered Jury Lunch be provided by Foodwerx (85) at the Government's expense.
Number of Jurors: 12
Number of Alternates: 2
Number of Challenges: 29
Ordered jury sworn; jury sworn.
LUNCH BREAK: 1:01 PM – 2:00 PM
Preliminary Instructions given to jury by Court.
Ian Brater, AUSA opened for the Government.
Mark Catanzaro, CJA opened for Defendant.
Trial with jury adjourned until Tuesday, August 10, 2021 at 9:30 a.m.

Time Commenced:     10:09 AM
Time Adjourned:      2:47 PM
Total Time:      3 hours 39 min

                                                                  s/ Gina Hernandez-Buckley
                                                                     **DEPUTY CLERK**