# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON            **DATE:** APRIL 8, 2022

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**            **DOCKET # 3:19-CR-790-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
ERIC G. HAFNER
    DEFENDANT PRESENT

**APPEARANCES:**
Ian Brater, AUSA and R. Joseph Gribko, AUSA for Government
Mark Catanzaro, CJA for Defendant

**NATURE OF PROCEEDINGS:** Competency hearing
Competency hearing held to determine Eric G. Hafner's competency to stand trial.
Heather Ross, Ph. D. sworn for the Government.
Various exhibits admitted and entered into evidence.
Reserved.
Ordered to be issued.
Defendant remanded.

Time  Commenced:  2:00  PM
Time Adjourned:     4:14  PM
Total Time:         2 hrs 14 min

                                                          s/ Jair Bodnar
                                                        **DEPUTY CLERK**