RE: US v Hafner (19-790 MAS)

RECEIVED

JUL 19 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

July 17, 20

Dear Judge and Court Clerk:

My understanding is that a new CJA lawyer was to be appointed to represen me, as of June 24, 2022. Thus far, no one has contacted me. I demand a speedy and public jury trial - I don't want any delays. Please have my new lawyer contact me ASAP - tell them to come see me. I want to make sure the plea withdrawl is processed as quickly as possible (the Court was notified 6/24/22 of the plea withdrawl). I am innocent of all charges and look forward to being acquitted.

Thank you,
ERIC HAFNER
MCCI, 1 WATERWORKS RD
FREEHOLD NJ 07728

ERIC HAFNER
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728



RECEIVED
FOREVER
USA
JUL 19
AT 8:30
WILLIAM T. WALSH
CLERK

[ LEGAL
MAIL ]

TO: CLERK OF THE COURTS
US DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608

08608$1507 C034