RE: US v Hafner
19-790 (MAS)

RECEIVED 7/18/22

JUL 19 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dear Clerk of the Court:
Please provide me a copy of my indictment and docket sheet. I am indigent.

ERIC HAFNER
MCCI 1 WATERWORKS RD
FREEHOLD NJ 07728

Thank you.

ERIC HAFNER
7847 MCC1
WATERWORKS RD
FREEHOLD NJ 07728

[LEGAL MAIL]

TO: CLERK OF THE COURT
US DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608

RECEIVED
JUL 19 2022
AT 8:30 ____M
WILLIAM T. WALSH, CLERK