RE: US v HAFNER
19-790 (MAS)

RECEIVED
7/18/22

JUL 2 6 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

PAGE
SIDE
1 OF 2

* (Continued on other side)

Dear Judge:

A week before trial, I was unexpectedly moved from the Hudson County Jail to the Monmouth County Jail. I was thrown into solitary confinement 22 plus hours per day. Under the guise of a "14 day quarantine" despite the fact I tested negative for COVID-19 prior to leaving Hudson County. During this 14 day period, I had no access to any form of law library. Upon arriving at the Monmouth County Jail, my sleep medication was immediately discontinued for no reason. On the Saturday [2 days before trial] before trial (Tuesday), around 5:30pm during the limited time out-of-cell, another inmate (who was not out of his cell at that time) hung himself in A1(tier) cell 108. There was lots of commotion around his cell and the guard screamed for us to help her. I went and looked in the cell. I saw his motionless body hanging from a sheet wrapped around the light. I believe he was dead. Other inmates were trying to remove the sheet tied around his neck. Even when the EMTs removed him almost one hour later, he was still motionless. He clearly wasn't alive. I was shaken and traumatized from what I had witnessed. At the time the plea was

(cont'd over →

entered, I was sleep deprived, traumatiz
and clearly not in a proper state of mi
Mr. Catanzaro had told me he would get
me out of Monmouth County once the
plea was entered. I didn't want to be
in such a terrifying place. I am innocent
all charges. I explained to Mr. Catanzaro tha
I am innocent numerous times, and gave ve
specific directions as to my defense.
Mr. Catanzaro refused to defend me as
requested. I wanted to represent myself
at trial, but was not permitted to do so
Mr. Catanzaro acknowleged to me that hi
"trial strategy", which I did not agree wit
was very poor. The plea agreement
contained nothing to state that the
plea would result in a waiver of pretria
motions. I noted this when speaking wit
Mr. Catanzaro, and he did not tell me
otherwise. I believed I would still have
the right to appeal these issues. Only
later, after the plea was entered, did
Mr. Catanzaro write to me and tell me
he had since checked the law and that
I couldn't. I wish to immediately withdraw
the plea and proceed to trial. I demand
a speedy and public jury trial. Thank you,
ERIC HAFNER
(cont'd from other side)   PAGE

ERIC HAFNER
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728



DV DANIELS NJ   070

22 JUL 2022   PM 4

[ LEGAL
  MAIL ]

TO: CLERK OF THE COURT
US DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608



RECEIVED

JUL 2 6 2022

AT 9:30 _____ M
WILLIAM T. WALSH
CLERK

[LEGAL MAIL]

THE MONMOUTH COUNTY JAIL HAS NEITHER CENSORED THEREFORE, THIS ITEM INSPECTED OFFICE DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016