ERIC HAFNER
57847 MCC1
1 WATERWORKS RD
FREEHOLD NJ 07728

7/27/2022

RECEIVED
JUL 29 2022
AT 8:30
WILLIAM T WALSH
CLERK

RE: US v HAFNER   19-790 (MAS)

Dear Judge: While the Court was notified on June 24, 2022 that new CJA counsel was needed to be appointed, and that I wish to withdraw my (untrue) guilty plea - <u>I am innocent of all charges</u> I still have not heard from anyone! I demand a speedy and public jury trial and object to any kind of delay. Additionally, I have been (wrongfully) detained for three years, largely in solitary confinement. I am aware that today the police officers who murdered George Floyd and were convicted of civil rights violations in federal court got 36 months and 42 months - I demand immediate release from custody on this basis. <u>Why</u> am I in jail? Thank you, ERIC HAFNER

ERIC HAFNER 57847
MCCI 1 WATERWORKS RD
FREEHOLD NJ 07728

TRENTON NJ 085
28 JUL 2022  PM 6 FOREVER USA
Barn Swallow



[LEGAL MAIL / RECEIVED]

JUL 29 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK



TO: CLERK OF THE COURT
US DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608

08608-150705