Case 3:19-cr-00790-MAS Document 128 Filed 08/15/22 Page 1 of 3 PageID: 1331

RECEIVED
AUG 15 2022
AT 8:30 M
WILLIAM T. WALSH
CLERK

ERIC HAFNER 8/10/22
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728

US v HAFNER 19-790 (MAS)

Dear Judge:

I have been wrongfully detained for three years, much of it in horrific solitary confinement conditions. Mark Catanzaro provided ineffective counsel. I am _innocent_ of all charges. The amount of time I have been detained is longer than the sentence of the police officers sentenced on federal charges for their roles in the murder of George Floyd. This is unjust, and cruel. _Release me!_

Thank you,
ERIC HAFNER

ERIC HAFNER
7847 MCC1
WATERWORKS RD
FREEHOLD NJ 07728

[LEGAL MAIL]

TO: CLERK OF THE COURT
U.S. DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608

[LEGAL MAIL]

