ERIC HAFNER 8/12/22
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728

RECEIVED
AUG 17 2022
AT 8:30
WILLIAM T. WALSH ——M
CLERK

US v. HAFNER 19-790 (MAS)

---

Dear Judge:

Yet another week has gone by, and the new CJA counsel still is not here — no one has contacted me. I am innocent of all charges and want to make sure the (untrue) guilty plea withdrawal is processed as soon as possible so I can proceed to the speedy and public jury trial I continue to demand. Additionally, I am still in Monmouth County Jail — this isn't where federal detainees are normally held, and the law library here is out-of-date!

Thank you,
ERIC HAFNER

ERIC HAFNER
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728



TRENTON NJ 085
15 AUG 2022 PM 4

AUG 17 2022
AT 3:30

[LEGAL MAIL]

TO: CLERK OF THE COURT
U.S. DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608

08608-150705

