# TIM ANDERSON LAW, LLC

225 Broad Street
Red Bank, New Jersey 07701

Timothy R. Anderson
Daniel P. Petersen

Tel.: (732) 212-2812
Fax: (732) 212-2958
Email: Tim@TimAndersonLaw.com

August 22, 2022

**VIA ECF**

Honorable Michael A. Shipp
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

    **RE:** **United States v. Eric Hafner**
           **Crim. No. 19-790 (MAS)**

        **Request to Withdraw & for Appointment of New Counsel**

Dear Judge Shipp:

    As the Court is aware, I was appointed less than a week ago, on August 16, 2022, to represent Mr. Hafner in the above-referenced matter.

    I write to respectfully request permission to withdraw as counsel for Mr. Hafner and for the appointment of new counsel for him.  Thank you for your time and thought devoted to this request.

                      Respectfully submitted,

                      Tim Anderson, Esq.

cc:    AUSA Ian D. Brater (via ECF)
        AUSA R. Joseph Gribko (via ECF)
        Eric Hafner (via U.S. Mail)