B"H

ERIC HAFNER
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728

RECEIVED
SEP 06 2022
AT 8:30____M
WILLIAM T. WALSH
CLERK

US v HAFNER 19-790 (MAS)  Sept. 2, 2[022]

Dear Judge: Tim Anderson of Red Bank and I are embroiled in conflict. We cannot work toget[her] and our personal differences a[re] by far much too great to eve[r] overcome. I am being denied my Sixth Amendment right to hav[e] assistance of counsel. You set a motion schedule for the plea withdrawal motion, but due to extreme conflict between myself and Tim Anderson, the[re] is no possibility of work happen[ing]. Please assign new CJA counse[l] forthwith and remove Tim Anders[on]. Thank you.

ERIC HALNER
57847 MCCI
1 WATERWORKS RD
FREEHOLD NJ 07728

THE MONMOUTH COUNTY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE, THE SHERIFF'S OFFICE DOES NOT ASSUME RESPONSIBILITY FOR IT'S CONTENTS.

TRENTON NJ 085
PM 5 L



RECEIVED
SEP 06 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

&lt;LEGAL MAIL&gt;

TO: CLERK OF THE COURT
US DISTRICT COURT
402 E STATE ST
TRENTON NJ 08608