UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ................................................................ : | CASE NUMBER 3:19-CR-00790-ZNQ-1 |
| UNITED STATES OF AMERICA, : |  |
| : | Judge:  Zahid N. Quraishi, U.S.D.J. |
| v. : |  |
| : | NOTICE OF APPEAL TO THE |
| ERIC G. HAFNER, : | U.S. COURT OF APPEALS FOR THE |
| : | THIRD CIRCUIT |
| Defendant. : |  |
| : |  |
| ................................................................ : |  |

      Notice is hereby given that Eric G. Hafner appeals to the United States Court of Appeals for the Third Circuit from JUDGMENT of the United States District Court, District of New Jersey, signed in this action on December 8, 2023 and filed on December 11, 2023.

DUGHI, HEWIT & DOMALEWSKI
340 North Avenue
Cranford, New Jersey  07016
(908) 272-0200
Attorneys for Jeffrey Burd

*/s/ Brandon D. Minde*

Brandon D. Minde

Dated:  December 26, 2023

G:\18316\18316-Hafner-Notice of Appeal-2023-12-26-BDM.docx